O

# 𝔘nited 𝔖tates 𝔇istrict 𝔠ourt
# ℭentral 𝔇istrict of ℭalifornia

| | |
|---|---|
| FEDERAL INSURANCE COMPANY. | Case № 2:21-cv-04069-ODW (JEMx) |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO** |
| SIMON WIESENTHAL CENTER et al., | **DISMISS AS MOOT [21]** |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///
///

Counter-Defendant Federal Insurance Company filed a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss Counterclaimants' counterclaim in this case on June 30, 2021.  (ECF No. 21.)  On July 21, 2021, Counter-Claimants filed a First Amended Answer to Complaint and Counterclaim, twenty-one days after Counter-Defendant's responsive pleading.  (ECF No. 25.)   Federal Rule of Civil Procedure 15(a)(1) allows plaintiffs to amend a pleading once as a matter of course within twenty-one days of service of a Rule 12(b) motion.   Therefore, Counter-Claimants' amended pleading was proper.  As the pending motion to dismiss was based on a pleading that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

July 22, 2021

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**