RICHARD B. GOETZ (Bar No. 115666)
rgoetz@omm.com
ZOHEB P. NOORANI (Bar No. 253871)
znoorani@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

DANIEL M. PETROCELLI (Bar No. 97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Plaintiff and Counter-Defendant FEDERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SIMON WIESENTHAL CENTER, INC. and MORIAH FILMS,<br><br>Defendants. | Case No. 2:21-cv-04069-ODW-JEM<br><br>**COUNTER-DEFENDANT FEDERAL INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COUNTERCLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>**Accompanying Documents:**<br>Memorandum of Points and Authorities; Request for Judicial Notice; Proposed Order<br><br>Date: September 13, 2021<br>Time: 1:30 p.m.<br>Judge: Otis D. Wright II<br>Courtroom: 5D<br><br>Complaint filed: May 14, 2021<br>Counterclaim filed: June 9, 2021 |
| SIMON WIESENTHAL CENTER, INC. and MORIAH FILMS,<br><br>Counterclaimants,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Counter-Defendant. | |

TO THE HONORABLE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on September 13, 2021 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Room 5D of the above-entitled court located at 350 W. First Street, Los Angeles, CA 90012, Counter-Defendant Federal Insurance Company ("Federal") will and hereby does move this Court for an order dismissing all causes of action in the Amended Counterclaim filed by the Simon Wiesenthal Center, Inc. and Moriah Films (collectively, "SWC"), without leave to amend, pursuant to Federal Rule of Civil Procedure 12(b)(6).

The Amended Counterclaim should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) on the ground that the Amended Counterclaim fails to state a claim upon which relief can be granted for the following reasons:

- SWC is not entitled to business income or extra expense coverage under the policy issued by Federal (the "Federal Policy") because the Amended Counterclaim does not allege any "direct physical loss or damage" to property.
- SWC is not entitled to civil authority coverage under the Federal Policy because the Amended Counterclaim does not allege that any civil authority prohibited access to SWC's premises as the direct result of direct physical loss or damage to property within one mile of the premises.
- Extrinsic evidence cannot be used to interpret the meaning of the language in the Federal Policy because the Federal Policy is unambiguous, California law does not recognize the doctrine of regulatory estoppel, and regulatory estoppel does not apply here in any event.
- SWC cannot show that Federal acted in bad faith because SWC is not entitled to coverage under the Federal Policy and Federal did not unreasonably withhold benefits due under the policy without proper cause.
- SWC cannot show that Federal violated California Business & Professions

Code section 17200 because SWC is not entitled to coverage under the Federal Policy.

Because it will be impossible for SWC to cure the deficiencies in the Amended Counterclaim by alleging other facts consistent with the challenged pleading, Federal's motion to dismiss should be granted with prejudice and without leave to amend.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the accompanying Request for Judicial Notice and the exhibits thereto, the accompanying Proposed Order, all pleadings and records on file in this action, and such further evidence and argument that may be presented at the hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 28, 2021.

Dated: August 4, 2021

**O'MELVENY & MYERS LLP**
RICHARD B. GOETZ
DANIEL M. PETROCELLI
ZOHEB P. NOORANI

By: /s/ Richard B. Goetz
　　　Richard B. Goetz

Attorneys for Plaintiff and Counter-Defendant
FEDERAL INSURANCE COMPANY