JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | Case No. 2:21-cv-04069-ODW (JEMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SIMON WIESENTHAL CENTER, INC. and MORIAH FILMS, | |
| Defendants. | |

Plaintiff Federal Insurance Company ("Federal") initiated this action against Defendants Simon Wiesenthal Center, Inc. and Moriah Films (collectively, the "Center") seeking declaratory judgment that the Center was not entitled to insurance coverage for COVID-19-related losses. (Compl. ¶¶ 1, 29, ECF No. 1.) The Center counterclaimed against Federal, seeking declaratory judgment for the same insurance coverage and asserting additional claims. (Am. Countercl. ¶ 1, ECF No. 25.)

On October 14, 2021, the Court granted Federal's Motion to Dismiss the Center's Amended Counterclaim. (Order Granting Mot. Dismiss, ECF No. 37.) The Court found, pursuant to binding Ninth Circuit authority, that "the Center has not alleged any 'direct physical loss or damage' to property, [so] there is no 'distinct, demonstrable, physical alteration' under California law, and the Center is not entitled

to coverage under the Policy." (*Id.* at 5.) The Court therefore dismissed the Center's Amended Counterclaim. (*Id.* at 6.)

As Federal's sole cause of action seeks a declaration that the Center is not entitled to coverage under the policy, which question the Court necessarily resolved in dismissing the Center's Amended Counterclaim, the Court finds declaratory judgment in favor of Federal on its sole cause of action appropriate. Nothing in the parties' Responses to the Court's order to show cause alters this conclusion. In its Response, the Center essentially asks the Court to disregard binding Ninth Circuit authority, which the Court may not do, and reiterates arguments already rejected, which the Court finds no grounds to reconsider. (*See* Center's Resp., ECF No. 38.)

Accordingly, pursuant to the Court's Order Granting Federal's Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Federal shall have Judgment on its sole cause of action for declaratory relief. The Center is not entitled to coverage for its claims under the Policy;
2. The Center shall take nothing by its Amended Counterclaim against Federal; and
3. The Center's Amended Counterclaim is dismissed on the merits and with prejudice.

The Court **VACATES** all remaining dates and deadline. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 9, 2021

                                                **OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**