Name: Ashley B. Jordan
Address: 355 South Grand Avenue, Suite 2900
City, State, Zip: Los Angeles, CA 90071-1514
Phone: 213-457-8000
Fax: 213-457-8080
E-Mail: ajordan@reedsmith.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FEDERAL INSURANCE COMPANY

PLAINTIFF(S),

v.

SIMON WIESENTHAL CENTER, INC., and MORIAH FILMS,

DEFENDANT(S).

CASE NUMBER:

2:21-cv-04069-ODW-JEM

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that __Simon Wiesenthal Center, Inc. and Moriah Films__ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify): Judgment [ECF 40] on Plaintiff's Motion to Dismiss Defendants' Counterclaims and Defendants' Claim for Declaratory Relief

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on 11/09/2021.

A copy of said judgment or order is attached hereto.

December 9, 2021
Date

Signature
☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | Case No. 2:21-cv-04069-ODW (JEMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SIMON WIESENTHAL CENTER, INC. and MORIAH FILMS, | |
| Defendants. | |

  Plaintiff Federal Insurance Company ("Federal") initiated this action against Defendants Simon Wiesenthal Center, Inc. and Moriah Films (collectively, the "Center") seeking declaratory judgment that the Center was not entitled to insurance coverage for COVID-19-related losses. (Compl. ¶¶ 1, 29, ECF No. 1.) The Center counterclaimed against Federal, seeking declaratory judgment for the same insurance coverage and asserting additional claims. (Am. Countercl. ¶ 1, ECF No. 25.)

  On October 14, 2021, the Court granted Federal's Motion to Dismiss the Center's Amended Counterclaim. (Order Granting Mot. Dismiss, ECF No. 37.) The Court found, pursuant to binding Ninth Circuit authority, that "the Center has not alleged any 'direct physical loss or damage' to property, [so] there is no 'distinct, demonstrable, physical alteration' under California law, and the Center is not entitled

to coverage under the Policy." (*Id.* at 5.) The Court therefore dismissed the Center's Amended Counterclaim. (*Id.* at 6.)

As Federal's sole cause of action seeks a declaration that the Center is not entitled to coverage under the policy, which question the Court necessarily resolved in dismissing the Center's Amended Counterclaim, the Court finds declaratory judgment in favor of Federal on its sole cause of action appropriate. Nothing in the parties' Responses to the Court's order to show cause alters this conclusion. In its Response, the Center essentially asks the Court to disregard binding Ninth Circuit authority, which the Court may not do, and reiterates arguments already rejected, which the Court finds no grounds to reconsider. (*See* Center's Resp., ECF No. 38.)

Accordingly, pursuant to the Court's Order Granting Federal's Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Federal shall have Judgment on its sole cause of action for declaratory relief. The Center is not entitled to coverage for its claims under the Policy;
2. The Center shall take nothing by its Amended Counterclaim against Federal; and
3. The Center's Amended Counterclaim is dismissed on the merits and with prejudice.

The Court **VACATES** all remaining dates and deadline. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 9, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
SIMON WIESENTHAL CENTER, INC.
MORIAH FILMS

Name(s) of counsel (if any):
Ashley B. Jordan, John N. Ellison, Richard P. Lewis
Reed Smith LLP

Address: 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514
Telephone number(s): 213-457-8000
Email(s): ajordan@reedsmith.com  jellison@reedsmith.com  rlewis@reedsmith.c

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
FEDERAL INSURANCE COMPANY

Name(s) of counsel (if any):
Richard B. Goetz, Soheb P. Noorani, Daniel M. Petrocelli
O'Melveny & Myers LLP

Address: 400 South Hope Street, 18th Floor, Los Angeles, CA 90071
Telephone number(s): 213-430-6000
Email(s): rgoetz@omm.com  znoorani@omm.com  dpetrocelli@omm.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):
John W. Houghtaling, II, Jennifer Perez
Gauthier Murphy & Houghtaling LLC

Address: 3500 North Hullen Street, Metairie, LA 70002

Telephone number(s): 504-456-8600

Email(s): john@gmhatlaw.com  jennifer@gmhatlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *New 12/01/2018*